# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Stephen R. Ludwig, Clerk

www.innd.uscourts.gov

# FILED

January 28, 2008

FEB 0 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk, U.S. District Court
Northern District of Illinois
2346 Everett McKinley Dirksen
 United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

## 08CV756
## JUDGE GETTLEMAN
## MAGISTRATE JUDGE ASHMAN

Dear Clerk:

I am forwarding to your Court pursuant to this Court's Order Transferring Venue to the Northern District of Illinois the following pleadings/information:

(X)     Certified Copy of Docket Sheet

(X)     Certified Copy of Order Transferring Venue

Sincerely,

STEPHEN R. LUDWIG, CLERK

By:   /s/ RMNagy
          Deputy Clerk

Reply to Hammond Office

1108 E. Ross Adair Federal Bldg. • 1300 S. Harrison Street • Fort Wayne, Indiana 46802 • (260) 423-3000 • Fax (260) 423-3007
5400 Federal Plaza • Suite 2300 • Hammond, Indiana 46320 • (219) 852-6500 • Fax (219) 852-6509
102 Robert A. Grant Federal Bldg. • 204 South Main Street • South Bend, Indiana 46601 • (574) 246-8000 • Fax (574) 246-8002
214 Charles Halleck Federal Bldg. • 230 North Fourth Street • P.O. Box 1498 • Lafayette, Indiana 47902 • (765) 420-6250 • Fax (765) 420-6273

**FILED**

FEB 0 4 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

SHARON A. GIANCOLA,                    )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) CAUSE NO. 2:07-CV-231-JVB
                                       )
THOMAS M. REYNOLDS,                    )
                                       )
        Defendant.                     )

08CV756
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN

**ORDER**

This matter is before the Court on an Agreed Oral Motion for Transfer of Venue to the

Northern District of Illinois, made by the parties on the record at the hearing held before the Court

on January 17, 2008. The parties move to transfer venue pursuant to 28 U.S.C. § 1406(a). The

Complaint alleges that Defendant is a citizen and resident of the State of Illinois and that the

collision underlying this cause of action occurred in Illinois.

Accordingly, the Court now **GRANTS** the Agreed Oral Motion to Transfer Venue and

**ORDERS** that venue in this matter be **TRANSFERRED** to the United States District Court for the

Northern District of Illinois.

**SO ORDERED** this 17th day of January, 2008.

s/ Paul R. Cherry
MAGISTRATE JUDGE PAUL R. CHERRY
UNITED STATES DISTRICT COURT

cc: All counsel of record

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By:
    DEPUTY CLERK
Date: 01-28-2008

1

CASREF, TERMED, TRANSF

# U.S. District Court Northern District of Indiana [LIVE]
## USDC Northern Indiana (Hammond)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00231-JVB-PRC
### Internal Use Only

**FILED**

FEB 0 4 2008   **NH**

**MICHAEL W. DOBBINS**
CLERK, U.S. DISTRICT COURT

Giancola v. Reynolds
Assigned to: Judge Joseph S Van Bokkelen
Referred to: Magistrate Judge Paul R Cherry
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 07/13/2007
Date Terminated: 01/17/2008
Jury Demand: Plaintiff
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Sharon A Giancola**

represented by **Robert L Taylor**
Breclaw Harris & Taylor PC
200 W Glen Park Avenue
Griffith, IN 46319-2020
219-972-6000
Fax: 219-972-6010
Email: robert@bhtlaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**08CV756
JUDGE GETTLEMAN
MAGISTRATE JUDGE ASHMAN**

V.

**Defendant**

**Thomas M Reynolds**

represented by **Kenneth M Wilk**
Hand Wilk & Hand
3235 45th Street
Highland, IN 46322
219-924-2640
Fax: 219-924-2694
Email: kwilklaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a
true copy of the original on file in this
court and cause.
STEPHEN R. LUDWIG, CLERK
By: _____
DEPUTY CLERK
Date: 01-28-2007

| Date Filed | # | Docket Text |
|---|---|---|
| 07/13/2007 | 1 | COMPLAINT with JURY DEMAND against Thomas M Reynolds (Filing fee $ 350.00; Receipt #2210012) filed by Sharon A Giancola. (Attachments: # 1 Civil Cover Sheet)(rmn) (Entered: 07/13/2007) |
| 07/13/2007 | 2 | NOTICE of Appearance by Robert L Taylor on behalf of Sharon A Giancola (rmn) (Entered: 07/13/2007) |
| 07/13/2007 | 3 | Summons Issued as to Thomas M Reynolds. (rmn) (Entered: 07/13/2007) |
| 07/25/2007 | 4 | SUMMONS Returned Executed by Sharon A Giancola. Thomas M |

| | | Reynolds served on 7/18/2007, answer due 8/7/2007. (rmn) (Entered: 07/25/2007) |
|---|---|---|
| 07/27/2007 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Joseph S Van Bokkelen for all further proceedings. Judge Rudy Lozano no longer assigned to case. Signed by Judge Robert L Miller Jr on 7/27/2007. (rmn) (Entered: 07/31/2007) |
| 08/17/2007 | 6 | NOTICE of Appearance by Kenneth M Wilk on behalf of Thomas M Reynolds (Wilk, Kenneth) (Entered: 08/17/2007) |
| 08/20/2007 | 7 | NOTICE of Hearing: Telephonic Rule 16 Preliminary Pretrial Conference set for 10/4/2007 09:15 AM (CST) before Magistrate Judge Paul R Cherry w/the Court initiating the conference. Proposed discovery plan in accordance with FRCP 26(f) due by 9/28/2007. (smb) (Entered: 08/20/2007) |
| 08/20/2007 | 8 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track).Magistrate Consent forms due by 9/13/2007. (smb) (Entered: 08/20/2007) |
| 08/23/2007 | 9 | AGREED NOTICE to extend time to file answer filed by Thomas M Reynolds ; answer due by October 9, 2007. (Wilk, Kenneth) Modified on 8/29/2007 (sda)(PAGE 2 IS A PROPOSED ORDER - NOTIFIED ATTORNEY TO SUBMIT THE PROPOSED ORDER IN WORDPERFECT FORMAT TO JUDGE'S CHAMBERS). (Entered: 08/23/2007) |
| 10/04/2007 | 10 | MOTION to Transfer Case by Plaintiff Sharon A Giancola. (Taylor, Robert) (Entered: 10/04/2007) |
| 10/04/2007 | | NOTICE: Telephonic R16B Preliminary Pretrial Conference set for 10/4/2007 @9:15 AM before the Magistrate Judge is VACATED to be reset if appropriate after ruling on Motion for Transfer of Venue. By Judge Paul R Cherry on 10/4/2007. (smb) (Entered: 10/04/2007) |
| 10/04/2007 | 11 | ORDER denying 10 Motion to Transfer Case without prejudice with leave to refile. Signed by Judge Paul R Cherry on 10/4/2007. (smb) (Entered: 10/04/2007) |
| 11/19/2007 | 12 | NOTICE of Hearing: Telephonic Rule 16 Preliminary Pretrial Conference set for 1/17/2008 11:15 AM (Chic/Hmd time) before Magistrate Judge Paul R Cherry w/the Court initiating the conference. Proposed discovery plan in accordance with FRCP 26(f) due by 1/11/2008. (smb) (Entered: 11/19/2007) |
| 11/19/2007 | 13 | MAGISTRATE JUDGE CONSENT FORMS sent to all parties (Standard Track). (smb) (Entered: 11/19/2007) |
| 01/17/2008 | 14 | TELEPH STATUS CONFERENCE held on 1/17/2008 before Judge Paul R Cherry. Pla appeared by atty Robert Taylor. Dft appeared by atty Kenneth Wilk. Joint oral MOTION to Transfer of Venue to the Northern District of Illinois pursuant to 28 U.S.C. 1406(a)made by the parties is GRANTED. PDF Order to follow. (Tape #FTR.) (smb) (Entered: 01/17/2008) |
| 01/17/2008 | 15 | ORDER GRANTING the Agreed Oral Motion to Transfer Venue and |

| | | ORDERS that venue in this matter be TRANSFERRED to the United States District Court for the Northern District of Illinois. Signed by Judge Paul R Cherry on 01/17/2008. (cc: USDC NDIL)(rmn) (Entered: 01/18/2008) |
|---|---|---|