## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

SHARON A. GIANCOLA
    Plaintiff,
vs.
THOMAS M. REYNOLDS,
    Defendant.

Case Number: 08-cv-756

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SHARON A. GIANCOLA

FILED
FEB 2 0 2008 YM
2-20-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Robert L. Taylor |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Robert L. Taylor |

| FIRM |
|---|
|  |

| STREET ADDRESS |
|---|
| 200 W. Glen Park Avenue |

| CITY/STATE/ZIP |
|---|
| Griffith, Indiana 46319 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 1787-45 | (219) 972-6000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ]