IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHARON GIANCOLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Court No. 08 CV 756 |
| ) | |
| THOMAS M. REYNOLDS, ) | Judge Robert W. Gettleman |
| Defendant. ) | |

## WITHDRAWAL AND SUBSTITUTION OF ATTORNEYS

**WE HEREBY** withdraw our Appearance as Attorneys for Defendant, **THOMAS M. REYNOLDS**, in the above captioned case.

HAND, WILK & HAND

By: /s/ Kenneth M. Wilk   #1242-45
**Kenneth M. Wilk**
3235 – 45th Street
Highland, IN 46322

**WE HEREBY** enter our Appearance as Attorneys for Defendant, **THOMAS M. REYNOLDS**, in the above captioned case.

HILBERT, LAWLER & POWER, LTD.

By: /s/ Robert N. Hilbert
**Robert N. Hilbert**

By: /s/ Justin J. Power
**Justin J. Power**

Robert N. Hilbert, #3128701
Justin J. Power, #6189873
**HILBERT, LAWLER & POWER, LTD.**
36 South Wabash, Suite 1300
Chicago, IL 60603
312-424-2777

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GIANCOLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Court No. 08 CV 756 |
| | ) | |
| THOMAS M. REYNOLDS, | ) | Judge Robert W. Gettleman |
| Defendant. | ) | |

### ORDER

**THIS CAUSE** coming on to be heard on Motion of Defendant, **THOMAS M. REYNOLDS**, to substitute the appearance of the firm of **HILBERT, LAWLER & POWER, LTD.**, on his behalf in lieu of **HAND, WILK & HAND**.

**IT IS HEREBY ORDERED** that the Motion is granted and the firm of **HILBERT, LAWLER & POWER, LTD.** be granted leave to appear as attorneys for Defendant, **THOMAS M. REYNOLDS**, in place of **HAND, WILK & HAND**, whose appearance is hereby withdrawn.

Robert N. Hilbert #3128701
Justin J. Power, #6189873
**HILBERT, LAWLER & POWER, LTD.**
36 South Wabash, Suite 1300
Chicago, Illinois 60603
312-424-2777

_____200\_\_

ENTER:

_____
JUDGE

## CERTIFICATE OF SERVICE

The undersigned, first being duly sworn on oath, deposes and states that he served a copy of the above **Withdrawal and Substitution of Attoorneys,** and said attached documents, by delivering a copy to the Chambers of Honorable Judge Robert W. Gettleman, 219 S. Dearborn St., Chicago, IL 60604, Room 1788, and to all attorneys of record by placing a copy thereof with the proper postage affixed thereto and depositing of same in the U.S. Mail chute at 36 S. Wabash, Chicago, IL 60603, before the hour of 5:00 p.m. on March 12, 2008.

/s/ Robert N. Hilbert
Robert N. Hilbert

Robert N. Hilbert #3128701
Justin J. Power, #6189873
HILBERT, LAWLER & POWER, LTD.
36 South Wabash, Suite 1300
Chicago, IL 60603
312-424-2777
rhilbert@hlplaw.com
jpower@hlplaw.com