IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GIANCOLA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Court No. 08 CV 756 |
| THOMAS M. REYNOLDS, | ) | Judge Robert W. Gettleman |
| Defendant. | ) | |

### ELECTRONIC NOTICE OF MOTION

TO: Robert L. Taylor & Associates, 200 West Glen Park Ave., Griffith, IN 46319
robert@bhtlaw.net
Kenneth M. Wilk, 3235 – 45th Street, Highland, IN 46322
kwilklaw@sbcglobal.net

**PLEASE TAKE NOTICE** that on **March 19, 2008, at 9:15 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Gettleman in Room 1703 of the United States District Court for the Northern District of Illinois Eastern Division, 219 South Dearborn, Chicago, Illinois and then and there present a **Motion to Substitute Attorneys**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

HILBERT, LAWLER & POWER, LTD.,
Attorneys for Thomas M. Reynolds

/s/ Robert N. Hilbert

Robert N. Hilbert, #3128701
Justin J. Power, #6189873
HILBERT, LAWLER & POWER, LTD.
36 South Wabash, Suite 1300
Chicago, IL 60603
312-424-2777

## CERTIFICATE OF SERVICE

The undersigned, first being duly sworn on oath, deposes and states that he served a copy of the above **Notice of Electronic Motion,** and said attached documents, by delivering a copy to the Chambers of Honorable Judge Robert W. Gettleman, 219 S. Dearborn St., Chicago, IL 60604, Room 1788, and to all attorneys of record by placing a copy thereof with the proper postage affixed thereto and depositing of same in the U.S. Mail chute at 36 S. Wabash, Chicago, IL 60603, before the hour of 5:00 p.m. on March 12, 2008.

/s/ Robert N. Hilbert
Robert N. Hilbert

Robert N. Hilbert #3128701
Justin J. Power, #6189873
HILBERT, LAWLER & POWER, LTD.
36 South Wabash, Suite 1300
Chicago, IL 60603
312-424-2777
rhilbert@hlplaw.com
jpower@hlplaw.com