# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SHARON GIANCOLA
   -VS-
THOMAS M. REYNOLDS

Case Number: 08 CV 756

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**THOMAS M. REYNOLDS**

| Field | Value |
|---|---|
| NAME (Type or print) | Robert N. Hilbert |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | /s/ Robert N. Hilbert |
| FIRM | Hilbert, Lawler & Power, Ltd. |
| STREET ADDRESS | 36 South Wabash, Suite 1300 |
| CITY/STATE/ZIP | Chicago, IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 3128701 |
| TELEPHONE NUMBER | 312-424-2777 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐