# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SHARON GIANCOLA
   -VS-
THOMAS M. REYNOLDS

Case Number:   08 CV 756

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**THOMAS M. REYNOLDS**

| NAME (Type or print) |
| --- |
| Justin J. Power |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Justin J. Power |
| FIRM |
| Hilbert, Lawler & Power, Ltd. |
| STREET ADDRESS |
| 36 South Wabash, Suite 1300 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189873 | 312-424-2777 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES X | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES   NO X

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐