## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 756 | **DATE** | 3/26/2008 |
| **CASE TITLE** | Sharon Giancola   vs   Thomas Reynolds | | |

**DOCKET ENTRY TEXT:**

Defendant's motion [19] to substitute attorney is granted. Kenneth Wilk is granted leave to withdraw. Robert Hilbert and Justin Power are granted leave to file their appearances.  By agreement,  this cause is dismissed with prejudice and without costs with leave to reinstate on or before 4/21/2008.  Upon failure to file a timely motion to reinstate, the dismissal with prejudice will become final in all events on 4/22/2008.
The Court retains jurisdiction to enforce the settlement.

[Docketing to mail  notice]

00:00